972

Núm. 7392.—MUNICIPIO DE PONCE, apldo. *v.* PEREIRA, aplte.—C. D. Ponce. ▇▇▇▇▇▇▇▇▇ Noviembre 10, 1936.

(Por la Corte, a propuesta del Juez Asociado Sr. Travieso.)

Vista la moción en la que se solicita la desestimación del recurso por no haber sido radicada la exposición del caso dentro del término legal:

RESULTANDO de los autos que al apelante se le concedió una primera prórroga el día 14 de agosto de 1936, la que debió vencer el 13 de septiembre del mismo año y que la segunda prórroga fué solicitada el día 14 de septiembre de 1936; y

RESULTANDO, ADEMÁS, que el día 13 de septiembre era domingo, por lo cual debe entenderse prorrogado el término hasta el 14 de septiembre, fecha en que se solicitó la segunda prórroga, se declara sin lugar la moción de desestimación.

El Juez Presidente Sr. del Toro no intervino.

Núm. 7288.—VALIENTE & CÍA., aplda. *v.* SANCHO BONET, TES., aplte.—C. D. San Juan. ▇▇▇▇▇▇ Noviembre 12, 1936.

Núm. 7287.—INFANZÓN & RODRÍGUEZ, S. EN C., aplda. *v.* SANCHO BONET, TES., aplte.—C. D. San Juan. ▇▇▇▇▇ Noviembre 12, 1936.

Núm. 7289.—FRANQUI, apldo. *v.* SANCHO BONET, TES., aplte.— C. D. San Juan. ▇▇▇▇▇ Noviembre 12, 1936.

(Por la Corte, a propuesta del Juez Presidente Accidental Sr. Wolf.)

Vista la opinión emitida por este tribunal con fecha primero de agosto de 1936 en el caso núm. 7134, *Valiente & Co.* v. *Manuel V. Domenech, Tesorero* (ante, pág. 586), sobre devolución de contribuciones, se desestima, por ser ésta una cuestión ya resuelta, la apelación interpuesta por el demandado contra la sentencia dictada por la Corte de Distrito de San Juan con fecha 10 de enero de 1936.

El Juez Presidente Sr. del Toro no intervino.